BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Ex parte O’Daniel, 515 So.2d 1250 (Ala.1987); Johnson v. Langley, 495 So.2d 1061 (Ala. 1986); Harmon v. Harmon, 928 So.2d 295 (Ala.Civ.App.2005); Green v. Georgia-Pacific Corp., 906 So.2d 961, 963 (Ala.Civ. App.2005); Walls v. Walls, 860 So.2d 352 (Ala.Civ.App.2003); Baggett v. Baggett, 855 So.2d 556 (Ala.Civ.App.2003); Parrish v. Parrish, 617 So.2d 1036 (Ala.Civ.App. 1993).
The appellant’s and appellee’s requests for attorney’s fees on appeal are denied.
CRAWLEY, P.J., and PITTMAN, J., concur.
THOMPSON, J., dissents, with writing, which MURDOCK, J., joins.